you okay we're ready for our next case this is harper versus amazon.com at all appellate number 20 dash 26 14 and we'll hear from mr schwartz with us good morning may it please the court uh jason schwartz on behalf of amazon and with the court's permission i'd like to take 10 minutes and reserve five for rebuttal you may thank you your honor plaintiff agreed to arbitrate any disputes that he had with amazon arising out of his contractual relationship he agreed twice in the contract and he agreed a third time by not exercising his right during a 14-day buyer's remorse period to change his mind he's now here before this court asking you to allow him to neutral forum and he asks you to use the narrow exception of section one of the federal arbitration act to allow him to do that well let's focus on section one we understand what he's what he's hoping to achieve but let's focus on section one one of the things that i understand from your briefing that uh the amazon's most upset about is the district court order discovery right that's correct your honor i would like to see if we can streamline things on that subject because maybe with a mutual understanding of kind of what a factual material might be by way of concession maybe we can streamline some of your concerns about the discovery point so um i'm going to outline a couple of statements and you can tell me yeah we can concede to that yeah we can concede to that i'm going to be asking the other side once their turn with those concessions you still need to discover okay so do we concede that amazon is a retailer that sells online products and third-party products throughout the united states i i would concede that your honor although it's important to note that these delivery drivers are engaged also in delivering products locally for example for whole foods market i just let me do baby steps for a sec okay of course the first so the first is that's the company's business that's correct you're right that's in part of the company's business whole foods market is also a part that's related to these drivers would you insist then would your adversary want it to do discovery on that point and your honor i would argue that discovery is inappropriate under the test set forth in saying it be happy to explain that let me continue and see whether or not we can come to any any understanding that would create a factual record and avoid the need for discovery just of course um that among the things the amazon entities does was provide delivery of the goods ordered to the to the intended recipient you agree to that i do agree your honor okay do you also agree that one of the successes of the company is the fact that they can you can you as the consumer can order and that amazon will ensure the delivery of those goods to you that's one of the big important things of the company's sort of 360 service my words not yours uh sure through through various third parties absolutely your honor right for the delivery part and that the goods that are ordered and delivered it's fair to say that they don't all come from the state in which the delivery is happening put differently the goods come from other states than the place in which they're delivered some do and some don't and i'd be happy to explain why i don't think that's relevant but absolutely some do and some do not does it change your let me let me just stay stay with my little uh exercise here does the fact that some do and some don't matter for the purpose of looking at section one and whether or not the plaintiff is a part of class of workers that's involved in engaged in interstate commerce does it matter no because the plaintiff's work would have to be defined by the class of workers would have to be defined by their engagement in interstate commerce meaning the continuous sustained movement of goods across state or foreign borders in the same way as railroad workers and merchant uh marine workers seamen that's a helpful point can i just have one question on that point because i think it it helps sharpen my understanding here so how much of this do you see as a factual exercise counsel versus a legal exercise and and it would help me understand where your argument is right because i understand obviously there's lots of facts that that are disputed around this and discovering some of them others maybe not that's probably true of most matters but i'm curious where you sort of see the threshold analysis of a legal determination coming in this case informed by our prior decisions and that's absolutely absolutely thank you judge mady uh in two respects number one uh i think that to the extent there were any discovery needed we should look to what judge porter said in his concurrence in sing which is if there is another way to the exit and here there is all roads lead to arbitration so instead of going on what in sing has been an 18 month discovery odyssey that is just now moving from documents to deposition here the answer is clear because state law would require arbitration but second let me let me take your i apologize judge schwartz of course but the difference between sing and this case is the arbitration clause that was that was drafted by the employer and here amazon selected the federal arbitration act as the dispositive governing law didn't the district court have to go through that first pass that gate consistent with crime new prime rather um in order to determine what other law to apply when the when the agreement is dictating federal arbitration act respect respectfully your honor no and district courts in in this circuit and elsewhere have reached the conclusion that they need not go through that academic exercise when it is clear that the alternative will require compelling arbitration anyway so here what we know is that if the faa section one exception applies then under palco it is as if the faa did not exist and then either washington law applies pursuant to white haka and the severability clause or new jersey law applies pursuant to new jersey supreme court's decision in arafa that where the faa section one exception applies therefore new jersey is a default rule for every arbitration contract entered into honor after january 1 of 2003 arbitration but palco even went to the exercise of whether the faa applied before it turned to state law and that predated new prime so how can we fault the district court from following the express language of the agreement presented to her honor and the guidance from palco or the acts of palco and the and the directions of new prime how can we fault the district court from requiring that uh legal analysis to first take place before going to figure out what state law should apply the distinction here is twofold your honor number one if the court could reach the conclusion that the section one exception either applies or doesn't on the law as judge madey said and i'll explain that in just a second but if the court were inclined to order discovery and again go on an 18 month odyssey like sing then what moses h cone tells us and what washington and new jersey law tell us is that that would destroy the efficiencies of arbitration the whole point is to take the parties pursuant to their agreement to arbitration as quickly as possible so to go through the academic exercise of 18 months of to conclude either the section one exemption is inapplicable and therefore discovery must be compelled under the faa or it applies and therefore i'm sorry arbitration must be compelled or it applies and therefore arbitration must be compelled under washington or new jersey state law that makes no sense but let me do you think the concessions we've just tried to discuss here um can just eliminate the need for discovery we have your we have some concessions on kind of what amazon does and what the plaintiffs do um as a class from the pleadings and do the analysis figure out if section one applies or doesn't if it doesn't off off to state state law arbitration we had we examined couldn't we turn that isn't that a viable approach to avoid what you've been describing this 18 month as odyssey of the discovery that's been taking place in sing very much your honor and i think that goes to judge matey's question which is under sing uh it is the burden of the plaintiff to put forward facts in order to open the door to discovery facts to put in dispute whether the section one exception is at issue whether the class of workers is defined by its engagement in interstate commerce here this is actually the default case of sort of seeing scenario one which is the papers themselves make clear that the section one exception does not apply and the plaintiff did not meet his burden to put forth any facts to put that in dispute his complaint simply alleges that he was given packages to deliver within a two-hour block that suggests to me that the job is not defined by interstate commerce he then says that in fairness to the pleading he said he traveled occasionally across state line that's correct your honor and now justice barrett's decision in wallace and the 11th circuit's decision in hill does not make a job defined by its interaction with its engagement in interstate commerce in the way of railroad and sea workers so here all we have are those allegations and then we also have the arbitration agreement itself which this court in sing said should be considered and that says the same thing local delivery within a metropolitan area using your feet a bicycle a personal vehicle or public transportation within a two-hour block that is not a class of workers defined by their engagement in interstate commerce in the way that railroad and sea workers are do you agree that amazon flex drivers are the same as those in some of the cases that are like amazon last mile or amazon last leg are they the same are they performing the same tasks i i would not agree your honor i i think that the the drivers first of all the the only thing we have are the papers here the plaintiff has failed to bring i'm asking you if you can tell me whether the the references in the other case law to those type of job oh sure i understand your honor i apologize flex drivers so those drivers were at issue in the rittman and whitehawk cases uh what i would say is that these drivers are of making local deliveries within metropolitan areas as defined by the contract using their feet their car public transportation etc but are they the same as the amazon flex are they all the same guys on the same drivers are they all the same doing all the same thing amazon flex amazon last mile amazon last leg whatever you would label it in the case law are we talking about the same class of drivers oh sure your honor i i would not describe them as last mile but that all the two cases the rittman case in the whitehawk case it is the same group of individuals they contract on an individual basis using an app to make local deliveries for amazon whether they be packages from near or far or whether they be fresh food from your local whole foods that's what that's thank you um judge porter you have any other questions before i do i do for mr shorts well as you know um i agree with you that if there's another path to arbitration through state law or pursue that path but in this it sort of gets back to judge schwartz's earlier question in this case because the choice of law provision is drafted so specifically why aren't we compelled to follow that through rather than go off on a on a you know a state law path um can you explain that absolutely your honor uh first of all i would say consistent with moses h cone and new jersey and washington law the court's task is to move the parties to an arbitration as efficiently as possible were you to order discovery and go down that academic rabbit hole it's totally inconsistent with the purpose of arbitration the parties will not have gotten the benefit of their bargain here the reason that you can do it is the parties have said that the faa governs the enforcement of the arbitration clause the plaintiff has said i fall within section one therefore the faa doesn't cover that essentially becomes an academic question unless you decide it on the papers without discovery and which i suggest you can do but if instead you were to go to sing path two which is you were to find the plaintiff met his burden to put forward specific facts which he did not and therefore order discovery you'd say well why in the world would we do that when we can just determine that if the plaintiff is right right therefore section exception applies under palco it's as if the faa did not exist it's not the plaintiff argues incorrectly in his brief that that somehow preempts the enforcement of the arbitration agreement under state law that this court said in palco that's not true so that argument is absolutely precluded so so on that on the choice of law issue you're saying that as an analytical matter we could just go ahead and assume that section one applies and then default to state law that's correct your honor and district courts in this circuit including two cases in the eastern district pennsylvania have done exactly that because it's the most efficient way to proceed so here if you were to move to state law again all roads lead to arbitration you either find as the white haka court did that you can strike the quote-unquote offending words from the choice of law clause leaving washington law to govern or alternatively the new jersey supreme court's it tells you exactly what to do which is that even where the party said the faa and even where section one applied then the default rule of new jersey law applies which is every arbitration agreement is governed by the new jersey arbitration act which has the same result and the only response the plaintiff has to that is to say arafa is somehow preempted by the faa that's not true as this court said in palco that's absolutely that's incorrect thank you judge made any further questions not at this time thank you judge porter no okay council will have you back on rebuttal thank you thank you your honor you're welcome council good morning miss maine's good morning may it please the court deborah maine's from costello and maine's for the respondent robert harper we don't believe that we can simply jump to arbitration no matter what we don't agree that all roads here lead to arbitration what amazon is asking for is for the court to forego discovery which the district court prudently ordered so that we can flesh out the facts facts that frankly amazon has access to that the class of plaintiffs don't necessarily have access to what about the fact that i spoke with mr schwartz a little bit and i think there are certain things he would agree factually or wouldn't disagree exist do you have enough based on his those sort of representations or concessions that would forego the need for discovery what more do you need well i think and i hate to put myself in the in the shoes of my adversary but i think in fairness um he would suggest that there are more facts that would need to be fleshed out that those stipulations or concessions alone that amazon's a retailer uh providing delivery of goods ordered um and that they may originate from other states i'm sure he would argue is not enough to forego discovery um i think maybe it's enough to forego discovery but in the interest of fairness and in the interest of getting at the the truth which is what we're we're trying to do in all litigation i would suggest we need a little bit more than that before we can say there's a legal decision that can be made here what do you mean well i think we need to talk about what that stream of interstate commerce is i think um defense has argued that the flex drivers are not necessarily going to be considered last mile drivers they may be we need to know the facts on that i think we need to have a sense of how often they're crossing state lines versus not i think the first and ninth circuit we're able to do without any of that level of detail now i know their pleadings were a little bit more fulsome perhaps in the pleadings here but they were that those circuit courts that were able to do it well your honor i'm certainly not going to argue myself out of it if you think there's enough based on those i want you to tell me what you lack here that was present in those cases that presumably you and your client would say were correctly decided at least on the section one issue your honor other than information about how often the interstate travel is happening and the origination of the the goods nothing um okay in terms of let's say the discovery leads to the conclusion that the section one exception applies then what aren't you heading off to them don't you deal with the state law yeah i think the district court said that the district court said you know once we determine section one um after that we may have to then turn to state law and see what state law says about this these particular what's the what's the point of going through discovery then when you could just do that in the first place we can and you know the court didn't so if the issue is not square tell us why tell us i know that i know the district court didn't tell us why we shouldn't send it back to the district court to do it i don't have an issue with that your honor to send it back to the district court to deal with the state law issue that it that it declined to address in the first place i have no problem with that i think that's a perfectly reasonable response you know and the parties can argue applicability of state law and enforceability under state law standards i don't have an issue with that okay so here you know again from our view you know defense said that we're before this court the plaintiff is before this court asking uh to be removed from arbitration we're not before this court we didn't bring this appeal uh we came to the district court asking to litigate this case on the merits uh the district court said i don't know yet i want to follow sing i want to do some discovery and after that then i want to assess the state law issues and then we'll make a decision plaintiff is perfectly fine with that um we will argue to the state to the district court if and when the time comes that even under arafa we don't believe that pursuant to adelaide scarfinkle arafa and any number of other cases that this particular agreement is enforceable and constitutes a knowing and unmistakable waiver of the right to a jury trial um but you know we're not there yet when we get there we'll make sure that we understand because if we can streamline this in some way that would just be dynamite for all parties concerned so the the plaintiff would be willing to forego a decision on the faa rule on the faa issue including just no discovery on that point that was ordered we will forego even a ruling on the faa issue and we would be prepared to go back to the to the united states district court judge for us to argue about the app what what choice of law applies and and how it governs whether or not there's an arbitration requirement am i understanding you correctly no your honor i think we have to have the section one analysis um but if the court is suggesting that you know we're just going to jump to whether it's enforceable under state law i would be okay with a directive to the district court to do both analysis do both sets of analysis the section one analysis prior to discovery based on what we've talked about today and then the analysis of state law enforceability and choice of law all of the state law issues so just so we're just so we're clear because i mean i'm not sure mr schwartz see what he thinks about this potential approach is take the information that was laid on before the appellate court apply section one to it decide whether or not it's exempt if it's exempt go to state law yes your honor that's your position yes ma'am judge porter i think well would you be okay sending it back to the to the district court to to address in the first instance whether there's a state law path to arbitration before dealing with the section one issue yeah as long as it doesn't constitute a waiver of the right to discuss a section one issue depending on the district court's decision yeah i would be fine with with doing it in that order in that order right okay and if that's the case just i want it for the district court's benefit if you're willing to have the state law decision decided first and the ruling of the state court is arbitrary then you live with that rule you can't come back and say but you didn't decide faa like that's her ruling if she says no arbitration under state law you're you're prepared to kind of modify the order of operations okay well what about under the faa give us a ruling right that's what i would propose we do if they're saying no state law then we have to talk about faa if she says state law regardless of what faa says you know okay subject to our right to further appeal you know i think we may have to live with it an appeal on the ruling on the arbitrate like whether the district court decided the arbitration issue under state law act correctly right right all right with that your honors um unless there are further questions for me i won't take up more of your time okay thank you thank you let's put that see if my my colleagues have anything further judge media judge do you have anything else you want to ask counsel no thank you all right mr schwartz let's just jump to feel like it's the good old days where i get to see if we can work with the parties and come to some something that may be that you can live with what do you think about a concession by your adversary not a concession but a willingness that we send this back to allow the district court to decide the the state law question first and if it's if then turn to the uh first section one if depending on the district court's analysis judge schwartz i think that's a very efficient way to proceed okay um do my colleagues have any further follow-up and and we'll we'll have a conference on on that and see whether or not that's a feasible alternative um but uh i don't want to cut you off mr schwartz but since we started to talk about resolution in a in a in a gold fashion efficient way i thought i'd give you a chance you have anything else you wanted to add absolutely your honor i i do have commentary on the discovery issues and my colleagues responses but i don't think it's necessary at this time um i concur with the resolution that my adversary has suggested to the court for chief judge wilson to decide in the first instance whether arbitration can be compelled under state law and i just want to make sure we're not leaving judge wilson with some guidance that if we moved if she has to move to section one for some reason is she going to be required to deal with this discovery point you know what i mean i'm not doing this in anticipation of what she may i don't want to leave her honor without guidance as to what the parties have think might be a method for for decision making here so go ahead counsel uh thank you your honor i i would say as to discovery uh it's clear that in this case we're in what i would refer to as sing scenario one which is the papers are sufficient the plaintiff has not put forward sufficient facts to put at issue whether the job is the class of workers is defined by their interaction in interstate commerce and therefore there should be no discovery but the judge already decided that point you see that what i'm saying is i don't want she's already decided from her point of view she doesn't have enough facts understood your honor we're not gonna i want to make sure we're not giving her mixed message she's already decided that and on that point i think we're entitled under the faa to immediate review by the court of appeals so what i would argue is that you're here now right agreed your honor and and and to the extent the court is going to reach the issue of whether discovery is appropriate here under seeing if and when chief judge wilson were to decide that apply then our argument is discovery is not appropriate because the plaintiff bore the burden to show that there were enough facts to put the the exception at issue the plaintiff didn't do that and i think my colleague's answers actually demonstrate the harm here which is she wants to take discovery about what the stream of commerce is quote unquote and if you look at page nine of mr harper's brief you can see that too how the goods might have flowed through amazon warehouses throughout the country respectfully your honor that is quite a rabbit hole that is totally irrelevant if the section one exception was about where the products came from as now justice barrett pointed out in wallace the 11th circuit pointed out in hill the exception would swallow the rule instead the plain text of section one talks about what the workers themselves are engaged in and this court was clear in seeing in tenny that it has to be defined by their engagement in interstate commerce that's not the case here and in a 18 months worth of discovery about where different packages might have come from is not going to answer that question any better than it's answered today which is that the plaintiff has put forward no facts except that he and others might occasionally in a metropolitan area across state lines that doesn't make their job defined by commerce in the way that railroaders would have been or sea workers would have been and so discovery would be inappropriate under this court's ruling in sync thank you let me just say see if judge porter judge made you have any further questions for your counsel thanks no judge madey nothing further okay counsel thank you for the very informative oral argument today uh well we will take this matter under advisement um and we thank you for the excellent briefing and so thanks